### F. C. FOSTER, alias Dave Webb, v. STATE.
### No. 17000.

Court of Criminal Appeals of Texas.
June 20, 1934.

J. E. Atcheson, of Crowell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for five years.

The appellant was regularly indicted. The record is before this court without statement of facts or bills of exception. Nothing in the proceedings has been perceived which would authorize an annulment of the judgment.

The sentence properly condemns the appellant to confinement in the state penitentiary for a period of not less than two nor more than five years.

The judgment is affirmed.

---

### Fred GREENWOOD v. STATE.
### No. 16951.

Court of Criminal Appeals of Texas.
June 20, 1934.

J. Meek Hawkins, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for unlawfully carrying a pistol; punishment, a fine of $100.

We find in this record neither statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

---

### Benito HERNANDEZ v. STATE.
### No. 16982.

Court of Criminal Appeals of Texas.
June 13, 1934.

Carroll W. Smith, of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, eight years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.